Charles R. Jacob III (CJ-4143)
Claire L. Huene (CH-2278)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES VI,<br><br>                Plaintiff,<br><br>-against-<br><br>FINANCIAL MORTGAGE, INC.<br>and VIJAY TANEJA,<br><br>                Defendants. | 07 Civ. 10309 ( LLS )<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Terwin Warehouse Management LLC, a nongovernmental corporate party, through its undersigned counsel, states that no publicly held corporation holds ten (10) percent or more of its stock.

Dated: November 14, 2007

                                        MILLER & WRUBEL P.C.

                                        By: _/s/ Charles R. Jacob III_
                                             Charles R. Jacob III (CJ-4143)
                                           Claire L. Huene (CH-2278)
                                           250 Park Avenue
                                           New York, New York 10177
                                           (212) 336-3500
                                           Attorneys for Plaintiff