Charles R. Jacob III (CJ-4143)
Claire L. Huene (CH-2278)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES VI,<br><br>Plaintiff,<br><br>-against-<br><br>FINANCIAL MORTGAGE, INC. and VIJAY TANEJA,<br><br>Defendants. | 07 Civ. 10309 (LLS)<br><br>ECF Case<br><br>**DECLARATION OF <u>CLAIRE L. HUENE</u>** |

The undersigned, Claire L. Huene, declares as follows:

1. I an attorney duly admitted to the Bar of this Court and of the State of New York. I am associated with Miller & Wrubel P.C., counsel to plaintiff Terwin Warehouse Management LLC ("TWM"). I submit this declaration pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, in support of TWM's motion for a temporary restraining order ("TRO"). I have first-hand knowledge of the matters set forth herein.

2. This action was filed on the morning of November 14, 2007. After filing, we contacted Onkar Sharma, an attorney representing defendants, at his office and informed him that the Complaint had been filed, that Judge Stanton had been assigned to the case, and that plaintiff planned to move for a TRO later the same day. We notified Mr. Sharma that if the Court wished to contact him in connection with our motion, we would

provide the Court with his office telephone number. At the end of the call, Mr. Sharma provided us with his e-mail address so that we could e-mail him copies of the Complaint and the motion papers.

    3.    Following our conversation with Mr. Sharma, I e-mailed him a copy of the Complaint and the motion papers we planned to submit in support of plaintiff's motion for a TRO. I also informed Mr. Sharma more specifically of the time that we planned to be in Court seeking the motion. Attached hereto is a copy of my e-mail to Mr. Sharma, along with the confirmation message stating that my e-mail was successfully delivered and opened by the recipient.

    4.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2007

                                                                        CLAIRE L. HUENE

## Claire Huene

| | |
|---|---|
| **From:** | Claire Huene |
| **Sent:** | Wednesday, November 14, 2007 1:46 PM |
| **To:** | 'lawonkar@verizon.net' |
| **Cc:** | Charles R. Jacob |
| **Subject:** | Terwin v. Financial Mortgage - TRO motion papers |
| **Attachments:** | Order to Show Cause with TRO.pdf; 2007.11.14 Memo of Law in Support of Motion for TRO.pdf; 2007.11.13 Declaration of Barabara Chell.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'lawonkar@verizon.net' | |
| | Charles R. Jacob | Delivered: 11/14/2007 1:46 PM |

Attached are our motion papers. We will be seeking the temporary restraining order from Judge Stanton later this afternoon, probably between 3:30-4:30.

Claire L. Huene, Esq.
Miller & Wrubel P.C.
250 Park Avenue
New York, New York 10177
Tel: (212) 336-3519
Fax: (212) 336-3555
www.mw-law.com

---

**From:** Claire Huene
**Sent:** Wednesday, November 14, 2007 12:49 PM
**To:** lawonkar@verizon.net
**Cc:** Charles R. Jacob
**Subject:** Terwin v. Financial Mortgage Complaint

Per our discussion a few minutes ago, attached is a copy of the Complaint filed this morning.

I will forward you a copy of the papers for plaintiff's motion for a temporary restraining order and preliminary injunction shortly.

Claire L. Huene, Esq.
Miller & Wrubel P.C.
250 Park Avenue
New York, New York 10177
Tel: (212) 336-3519
Fax: (212) 336-3555
www.mw-law.com

11/14/2007

**Claire Huene**

| | |
|---|---|
| From: | Onkar Sharma [lawonkar@verizon.net] |
| Sent: | Wednesday, November 14, 2007 1:11 PM |
| To: | Claire Huene |
| Subject: | Read: Terwin v. Financial Mortgage Complaint |
| Attachments: | ATT01954.txt |



ATT01954.txt (481 B)

```
        This is a receipt for the mail you sent to <lawonkar@verizon.net> at
11/14/2007 12:49 PM

This receipt verifies that the message has been displayed on the recipient's computer at
11/14/2007 1:11 PM
```

1