USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/07

MEMORANDUM ENDORSEMENT

<u>Terwin Warehouse Management LLC v. Financial Mortgage, Inc., et al.</u>, 07 civ. 10309 (LLS)

    There is no inconsistency in the Court's Order dated November 16, 2007. The Court, after review of defendants' submission and specific inquiries of plaintiff on this particular point, determined that there is independent and urgent need for the immediate grant of temporary relief which will, on November 28, 2007, be vacated, incorporated into a preliminary injunction, or modified as may be necessary and just. Accordingly, defendants shall forthwith and without further delay comply with the November 16 Order by immediately delivering all mortgage loan files, servicing files and funds currently held to plaintiff or its designee, who shall then hold them available for such disposition of them as may be ordered at or following the November 28, 2007 hearing.

    Except as more fully restated herein, defendants' motion for clarification and reconsideration of the November 16 Order is denied.

    So ordered.

Dated:    November 20, 2007
            New York, New York

                                            *Louis L. Stanton*
                                        LOUIS L. STANTON
                                              U.S.D.J.