ORIGINAL

Charles R. Jacob III
Claire L. Huene
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES VI, <br><br> Plaintiff, <br><br> -against- <br><br> FINANCIAL MORTGAGE, INC. and VIJAY TANEJA, <br><br> Defendants. | 07 Civ. 10309 (LLS) <br><br> ECF Case <br><br><br> **NOTICE OF** <br> **VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, no answer or motion for summary judgment having been served by either defendant, plaintiff Terwin Warehouse Management, LLC, through its undersigned counsel, hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: November 26, 2007

                                       MILLER & WRUBEL P.C.

                                       By: _/s/ Claire Huene_
                                             Charles R. Jacob III
                                             Claire L. Huene
                                             250 Park Avenue
                                             New York, New York 10177
                                             (212) 336-3500
                                             Attorneys for Plaintiff

_/s/ Louis L. Stanton_
U.S.D.J.
11/27/07