UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN WAREHOUSE MANAGEMENT
LLC, as Program Administrator for and
Assignee of TERWIN MORTGAGE
WAREHOUSE TRUST II, SERIES VI,

               Plaintiff,

-against-

FINANCIAL MORTGAGE, INC.
and VIJAY TANEJA,

               Defendants.

07 Civ. 10309 (LLS)

**ORDER**

This action having been voluntarily dismissed by plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(i), it is

ORDERED, that the bond in the amount of $50,000, deposited by plaintiff on November 19, 2007, receipt number 633273, shall be released and repaid to plaintiff Terwin Warehouse Management LLC, at 45 Rockefeller Plaza, Suite 420, New York, New York 10111.

Dated: New York, New York
      November 28, 2007

                                           Louis L. Stanton
                                                 USDC